UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FILED 2023 FEB -8 PM 3:07 U.S. DISTRICT COURT CLERK NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** (Two Counts) |
| v. | Case No.: 3:23-cr-10 JD |
| ANDREW MAJORS | 18 U.S.C. § 875(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 23, 2022, in the Northern District of Indiana,

**ANDREW MAJORS,**

defendant herein, knowingly and willfully transmitted in interstate commerce a communication, namely a telephone call to a facility in South Bend, and the communication contained a threat to injure employees, namely that there were bombs around the building.

All in violation of Title 18, United States Code, Section 875(c).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about June 23, 2022, in the Northern District of Indiana,

**ANDREW MAJORS,**

defendant herein, knowingly and willfully transmitted in interstate commerce a communication, namely a telephone call to a facility in South Bend, and the communication contained a threat to injure a person, namely that he would kill a girl.

All in violation of Title 18, United States Code, Section 875(c).

Dated: February 8, 2023

A TRUE BILL:

s/ Forepeson
Grand Jury Foreperson

APPROVED BY:

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:  s/ Jerome W. McKeever
Jerome W. McKeever
Assistant United States Attorney