UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:23-CR- |
| | ) | |
| ANDREW MAJORS | ) | |

## MOTION TO SEAL INDICTMENT

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Jerome W. McKeever, Assistant United States Attorney, and moves this Honorable Court for an order SEALING the case until further order of this Court, with the limited exception that agents be permitted to enter defendant's arrest warrant information into the NCIC database.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: s/ Jerome W. McKeever
Jerome W. McKeever
Assistant United States Attorney
United States Attorney's Office
204 S. Main St. Room M01
South Bend, IN 46601
Phone: 574-236-8287
Email: Jerome.Mckeever@usdoj.gov