UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 3:23-CR-10 |
| | ) | |
| ANDREW MAJORS | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  Warden                    and   United States Marshal
     SCI Camp Hill                   Northern District of Indiana
     2500 Lisburn Rd.                South Bend, IN
     Camp Hill, PA 17011

GREETINGS:

The Court having set this cause for an initial hearing on September 6, 2023 at 3:00 p.m. (eastern time), and being advised that said defendant is in the lawful custody and control of the Warden, SCI Camp Hill, 2500 Lisburn Rd. Camp Hill, PA 17011

It is ORDERED and ADJUDGED that said Warden, SCI Camp Hill, 2500 Lisburn Rd. Camp Hill, PA 17011, be required and is hereby commanded to surrender the body of the defendant to the United States Marshal for the Northern District of Indiana, or any duly authorized deputy, or any authorized Marshal, for the purpose of producing the body of the said defendant in the United States District Court for the Northern District of Indiana, Robert A.

Grant Federal Building, 204 S Main St., South Bend, Indiana, on the date and time specified above so that the said defendant may be present for further proceedings in a cause now pending against him in said Court and, pending the final disposition of this cause, including sentencing, if any, thereafter to be turned over by the United States Marshal for the Northern District of Indiana to the custody of those persons at that time thereto entitled, under safe and secure conduct and have you then and there this Writ.

Date: _August 3, 2023_____

_s/Michael G. Gotsch, Sr._____
Honorable Michael G. Gotsch, Sr.
Magistrate Judge
Northern District of Indiana
South Bend Division